# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 8 2022 1:11P

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The outer premises located at 3238 Goshen Run Rd.,<br>Chesterhill, Ohio, 43728, including curtilage. | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Ohio _____ *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

**YOU ARE COMMANDED** to execute this warrant on or before _APRIL 15, 2022_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Any United States Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _APRIL 1, 2022 @ 10:20 am._

Norah McCann King
United States Magistrate Judge
*Judge's signature*

City and state: _____ Columbus, Ohio _____   NORAH McCANN KING, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Places To Be Searched

The place to be searched is the outside of the residence and curtilage located at 3238 Goshen Run Rd., Chesterhill, Ohio, 43728.

## ATTACHMENT B

### Particular Items to Be Seized

1. Firearms and ammunition, as evidence related to potential violation(s) of 18 U.S.C. § 922(a)(1)(A) and 18 U.S.C. § 922(p).

2. Firearm parts, accessories, and items commonly used or associated with the possession of firearms, including conversion devices, ammunition, firearm magazines, and holsters.

3. Documents related to improvised explosive devices and firearms manufacturing.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|

| Case No.: 2-22-CR-51-SDM | Date and time warrant executed: 04/04/22 0913 | Copy of warrant and inventory left with: Betty Green (owner) |
|---|---|---|

Inventory made in the presence of :
Sgt Caroline Castro ATF Task Force SGT.

Inventory of the property taken and name of any person(s) seized:

Miscellaneous items burned in Fire Pit
Firearm (no serial #)
Firearms parts + accessories
Firearm (no serial #)
Firearm (no serial #)
Firearm (no serial #)
Glock Firearm Barrel, Serial # L50317
2 Improvised Munitions Handbooks
1 Firearms magazine
Clear plastic tub/tote

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/07/2022

_Executing officer's signature_

Aaron Green ATF SA
_Printed name and title_